**North Carolina**

| Resort | Address | City | State | Zip Code | County | Building | BPP | BI/EE | TIB | Other | Total | # Buildings | Const. | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fairways of the Mountain | 3301 - 3318 Winesap Blvd | Lake Lure | NC | 28746 | Rutheford | $3,550,000 | $300,000 | $542,000 | | | $4,392,000 | 5 | 1 | 1987 |
| Foxrun | 180 Herman Wilson Road | Lake Lure | NC | 28746 | Rutherford | $20,000,000 | $2,500,000 | $3,764,000 | | | $26,264,000 | 82 | 1 | 1980-1989 |
| Fairfield Harbourside II Condominium Assn, dba: Harbour | 1141 Broad Creek Road | New Bern | NC | 28560 | Craven | $1,079,453 | $127,050 | $173,000 | | | $1,379,503 | 1 | 1 | 1986 |
| Mountain Loft Property Owners Association | Unit 1 thru 17, Mountain Loft Court | Lake Lure | NC | 28746 | Rutherford | $2,846,752 | $408,000 | $50,000 | | | $3,304,752 | 17 | 1 | 1979 |
| Sandcastle Cove | 1141 Broad Creek Road | New Bern | NC | 28560 | Craven | $4,011,939 | $445,500 | $501,000 | | | $4,958,439 | 11 | 1 | 1985 |
| Sandcastle Village II | 1141 Broad Creek Road | New Bern | NC | 28560 | Craven | $5,151,914 | $616,050 | $757,000 | | | $6,524,964 | 5 | 1 | 1983 |
| ***Smoketree Lodge Property Owners' Association | 11914 NC Highway 105 South | Banner Elk | NC | 28604 | Watauga | $2,070,000 | $366,215 | $783,000 | | $16,000 | $3,235,215 | 1 | 1 | 1970 |
| Waterwood Townhouse | 1141 Broad Creek Road | New Bern | NC | 28560 | Craven | $6,120,583 | $581,000 | $691,000 | | | $7,392,583 | 26 | 1 | 1981 |
| **Total:** | | | | | | $44,830,641 | $5,343,815 | $7,261,000 | | $16,000 | $57,451,456 | | | |

| PC | A/S | # units | SQ. Ft. | # pools | Flood Zone | Stories | Comments |
|---|---|---|---|---|---|---|---|
| 6 | N | 18 | 27,000 | 0 | X | 2 | |
| 4 | No | 140 | 229,067 | 0 | X | 1 | |
| 4 | No | 8 | 8,756 | 0 | AE | 2 | 5% Increase in Bldg Values Per Diane. Diana Morris Depends on us in absence of current appraisal. |
| 4 | No | 17 | 20,944 | 0 | X | 2 | |
| 4 | No | 22 | 26,510 | 0 | AE | 2 | 5% Increase in Bldg Values Per Diane. Diana Morris Depends on us in absence of current appraisal. |
| 4 | No | 30 | 44,070 | 0 | X | 3 | 5% Increase in Bldg Values Per Diane. Diana Morris Depends on us in absence of current appraisal. |
| 9 | No | 46 | 23,000 | 1 | X | 3 | Polaris Ranger - 11 4X4 added for snow removal |
| 4 | No | 29 | 32,045 | 0 | AE | 2 | 5% Increase in Bldg Values Per Diane. Diana Morris Depends on us in absence of current appraisal. |