**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Thursday, December 16, 2021 2:40 PM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>; steve.white@vriamericas.com
**Subject:** FW: Temp office progress / Fox Run / dol: 11-7-21 / Claim #KY21K2942390

Diane and Steve,

The loss scene has been released by the investigator. Therefore, the debris removal, demo, and clean can begin. I have instructed JS Held to work directly with Belfor to make sure they reach an agreement on the scope and cost of the debris removal/demo.

If you have any further questions, please let me know.

Best Regards,

**Daniel Hinz, AIC** | General Adjuster
2500 Wilcrest Dr., STE 203 | Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
OFFICE 713.599.1331 | EMAIL Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Wednesday, December 15, 2021 5:28 PM
**To:** charlie.oconnor@us.belfor.com; Barker, Jeannie <Jeannette.Barker@sedgwick.com>
**Subject:** FW: Temp office progress / Fox Run / dol: 11-7-21 / Claim #KY21K2942390

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Charlie & Jeannie,

Please see below.  Where do we stand on this one??

If you have any questions, please let me know.

Thank you,

Diane Carmain
License Number 0A37542
Senior Account Executive
Cell: 310/489-7800
Armstrong Company, Insurance Consultants