## Replacement Cost Valuation Estimate as of September 2021

## Office

Prepared By: Doug McCabe

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Calculator Cost Estimates from the Marshall Valuation Service Manual - Sec 15, Page 17; November 2021 | | | | | | | |
| Property at: 180 Herman Wilson Blvd, Lake Lute, NC | | | | Owner: Fox Run Association | | | |
| Occupancy : Office | | | | | | | |
| Building Class & Quality | Cls. D | Qual | Avg | Region: | Eastern | | |
| No. of Stories & Height | No. 1.5 | Ht | 09.0' | Climate: | Moderate | | |
| Age & Condition | Age 1985 | Cond | Average | | | | |
| BASE SQUARE FOOT COST | | | | 196.00 | | | |
| SQUARE FOOT REFINEMENTS | | | | | | | |
| Heating, Cooling, Ventilation - Heat Pump - Section 11, Page 34 | | | | 8.90 | | | |
| TOTAL SF REFINEMENTS | | | | 204.90 | | | |
| HEIGHT AND SIZE REFINEMENTS | | | | | | | |
| No Stories multiplier | | | | 1.00 | | | |
| Height/story multiplier - Section 15, Page 38 | | | | 0.93 | | | |
| Area/perimeter multiplier - Section 15, Page 38 | | | | 1.11 | | | |
| SF COST ADJUSTED FOR MULTIPLIERS | | | | 210.11 | | | |
| REFINED SF COST | | | | 210.11 | | | |
| FINAL CALCULATIONS | | | | | | | |
| Current Cost Multiplier - Section 99, Page 3 | | | | 0.97 | | | |
| Local Multiplier - Section 99, Page 8 | | | | 0.95 | | | |
| Market Condition - Section 99, Page 1 | | | | 1.15 | | | |
| SF COST | | | | 222.66 | | | |
| Area SF: | | | | 2,052 | | | |
| RCV | | | | $ 456,902 | | | |
| Lump Sums: | | | | | | | |
| Unfinished Basement - Section 15, Page 19 | | | | $ 26,789 | | | |
| Addition Crawl Space - Section 15, Page 1-8 | | | | $ 6,386 | | | |
| Front Porch - Section 12, Page 40 | | | | $ 10,352 | | | |
| Stone Fireplace - Section 12, Page 38 | | | | $ 27,860 | | | |
| Stamped Concrete Patio & Walk - Section 66, Page 2 | | | | $ 2,995 | | | |
| Subtotal Lump Sums | | | | $ 78,825 | | | |
| **Adjusted RCV** | | | | **$535,727** | **$ 261.08** | | |
| **Rounded to:** | | | | **$536,000** | **$ 261.21** | | |
| **Adjusted ACV** | | | | **$445,000** | | | |

**NOTE: Actual Cash Value is based on Marshall & Swift Section 98, Page 13 & 24. Life New = 50, Effective Age = 20, Depreciation = 17%**