**Beaujeaux de Lapouyade**

**Subject:** FW: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21
**Attachments:** VRI-Foxrun Demo Estimate.pdf

**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Friday, February 25, 2022 9:43 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

Demo estimate attached.

Best Regards,

**Daniel Hinz, AIC** | General Adjuster
2500 Wilcrest Dr., STE 203, Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
EMAIL | Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®
sedgwick.

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Tuesday, January 25, 2022 11:54 AM
**To:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Cc:** Barker, Jeannie <Jeannette.Barker@sedgwick.com>
**Subject:** FW: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Daniel,

Below and attached is an update from Fox Run.

If you have any questions, please let me know.

Thank you,

Diane Carmain
License Number 0A37542
Senior Account Executive
Cell: 310/489-7800
Armstrong Company, Insurance Consultants
2780 Skypark Drive, Suite 440
Torrance, CA 90505
dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Charlie OConnor <charlie.oconnor@us.belfor.com>
**Sent:** Tuesday, January 25, 2022 9:46 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>; Steve White <steve.white@vriamericas.com>
**Subject:** Fwd: 118900641, Fox Run VRI

See update below

---------- Forwarded message ---------
From: **Joshua Aponte** <joshua.aponte@us.belfor.com>
Date: Tue, Jan 25, 2022 at 12:44 PM
Subject: Fwd: 118900641, Fox Run VRI
To: Charlie OConnor <charlie.oconnor@us.belfor.com>

Thanks,


**Joshua Aponte**

**General Manager**

**BELFOR PropertyRestoration**

4800 Sirus Ln F,

Charlotte, NC 28208

Ph: 919-605-3141


**website l facebook l twitter l youtube l instagram l google+**

*Please consider the environment before printing this e-mail*

---------- Forwarded message ---------
From: **Evans Lalas** <evans.lalas@us.belfor.com>
Date: Tue, Jan 25, 2022 at 12:30 PM
Subject: 118900641, Fox Run VRI
To: <charlotteoffice@us.belfor.com>, <Gregory.Taylor@us.belfor.com>, <bcsdocuments@us.belfor.com>

Demo permit picked up and posted. Need to request demolition inspection.

Building removed. Old sidewalk and driveway remain.

Electrical meter yet to be set after building standards release today.

--


**Charlie O'Connor**

**General Manager**

**BELFOR** Property Restoration

**5433 West Crenshaw Street, Tampa, FL 33634**

**Ph.: 813.386.3473, Cell 813.376.5305**


Please consider the environment before printing this e-mail

website l Facebook l twitter l YouTube l Instagram l google+


IMPORTANT: This transmission is sent on behalf of BELFOR USA Group, Inc. and it may be privileged, proprietary or confidential. It is intended only for the intended recipient. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you may not disclose, copy or distribute this transmission, or take any action in reliance on it. If you received this transmission in error, please notify us immediately by telephone at 813-386-3473 or by email at charlie.oconnor@us.belfor.com or by facsimile transmission at 813-386-3469, and please dispose of and delete this transmission. Thank you.

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.