# STATEMENT OF LOSS

**INSURED:** **Armstrong TimeShare (Fox Run)**
**LOCATION:** **180 Herman Wilson Rd, Lake Lure, NC 28746**
**DOL:** **11/08/2021**
**CLI FILE #:** **HOU21558060**

| | AS CLAIMED | AS CALCULATED | LOSS | CLAIM |
|---|---|---|---|---|
| Risk details: | | | | |
| Condo/Timeshare | | | | |
| SF 229,067 | | | | |
| **VALUE:** As stated | | | | |
| Building | $ 20,000,000.00 | | | |
| Business Personal Property | $ 2,500,000.00 | | | |
| Business Income | $ 3,764,000.00 | | | |
| Other | $ - | | | |
| **TIV** | **$ 26,264,000.00** | | | |
| **LOSS AS DETERMINED:** | | | | |
| **Building** | $ 536,000.00 | $ 536,000.00 | | |
| **Demolition** | $ 26,788.02 | $ 26,788.02 | | |
| **Total Building** | **$ 562,788.02** | **$ 562,788.02** | | |
| **Replacement Cost Total** | $ 562,788.02 | $ 562,788.02 | $ 562,788.02 | |
| **Less Depreciation** | $ (91,000.00) | $ (91,000.00) | | |
| **Actual Cash Value** | $ 471,788.02 | $ 471,788.02 | | |
| Deductible | $ (5,000.00) | $ (5,000.00) | | |
| **Net Claim - As Reviewed / Approved by JS Held** | **$ 466,788.02** | **$ 466,788.02** | | **$ 466,788.02** |
| **VALUE - LOSS - CLAIM** | | | | |

*** NOTE: this SOL is preliminary and not yet approved by Insurers.*

*All agreed costs will be submitted to the Insurers for their final approval.*

Sedgwick
Houston, TX

Daniel Hinz
General Adjuster
281-344-7113

| | | | |
|---|---|---|---|
| Payment Allocation Schedule | | $ | 466,788.02 |
| | | | |
| CHUBB | 100.0000% | $ | 466,788.02 |
| | 100.0000% | $ | 466,788.02 |