## Beaujeaux de Lapouyade

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Thursday, August 3, 2023 1:02 PM
**To:** Charlie OConnor
**Cc:** Hinz, Daniel; 'John Pearson'
**Subject:** RE: [EXTERNAL] RE: [EXTERNAL] RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

Thanks, Charlie,

The house/office that burned down was a two-story house with two bedrooms upstairs and a full bathroom with walk in closets. The main floor was a living room, dining room, full kitchen, master bedroom, two bathrooms and an 800 square foot addition. There were tile and wood floors throughout and a full basement. There was a metal roof. The fireplace was stone masonry and wood burning. They had converted the house into an office and welcome center.

The new plans have a gas fireplace with metal insert, stone veneer, etc. They have eliminated a bathroom and the full kitchen. They also have a half basement and it's one story.

If you have any questions, please let me know.

Thank you,

Diane Carmain
License Number 0A37542
Senior Account Executive
Cell: 310/489-7800
Armstrong Company, Insurance Consultants
License #0440075
2780 Skypark Drive, Suite 440
Torrance, CA 90505
dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Charlie OConnor <charlie.oconnor@us.belfor.com>
**Sent:** Thursday, August 3, 2023 9:10 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Cc:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** Re: [EXTERNAL] RE: [EXTERNAL] RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

All,

I talked with JJ and he is going to reprice this. We should see if we can get a couple of local builders to price this out also.

Thanks

On Thu, Aug 3, 2023 at 11:51 AM Diane C. Carmain <dcarmain@armstronginsco.com> wrote:

Of course.  Thank you.

d

If you have any questions, please let me know.

Thank you,

Diane Carmain

License Number 0A37542

Senior Account Executive

Cell:      310/489-7800

Armstrong Company, Insurance Consultants

License #0440075

2780 Skypark Drive, Suite 440

Torrance, CA 90505

dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile.  No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Thursday, August 3, 2023 8:47 AM
**To:** Charlie OConnor <charlie.oconnor@us.belfor.com>; Diane C. Carmain <dcarmain@armstronginsco.com>
**Subject:** RE: [EXTERNAL] RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

I am sending this over to JJ. I will talk with Chubb as well.

Diane, on our call tomorrow lets discuss further.

Best Regards,

**Daniel Hinz, AIC, AINS** | Regional General Adjuster
2500 Wilcrest Dr., Suite 203, Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
EMAIL | Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®

---

**From:** Charlie OConnor <charlie.oconnor@us.belfor.com>
**Sent:** Thursday, August 3, 2023 10:44 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Cc:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** Re: [EXTERNAL] RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Dan,

Can you get JJ involved in this so we can work it out?

Thanks

On Thu, Aug 3, 2023 at 11:39 AM Diane C. Carmain <dcarmain@armstronginsco.com> wrote:

> Thank you. Now comes the big question. How can we reconcile the Belfor estimate to build the new building with the estimate created by Doug McCabe? Steve says that the new building is the same square footage, etc. and that he cut corners.

If you have any questions, please let me know.

Thank you,

Diane Carmain

License Number 0A37542

Senior Account Executive

Cell: 310/489-7800

Armstrong Company, Insurance Consultants

License #0440075

2780 Skypark Drive, Suite 440

Torrance, CA 90505

dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Wednesday, August 2, 2023 12:44 PM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>; charlie.oconnor@us.belfor.com
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

Diane,

Doug was with JS Held.

Best Regards,

**Daniel Hinz, AIC, AINS** | Regional General Adjuster
2500 Wilcrest Dr., Suite 203, Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
EMAIL | Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®

sedgw

---

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Wednesday, August 2, 2023 1:47 PM
**To:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>; charlie.oconnor@us.belfor.com
**Subject:** FW: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hi Daniel and Charlie,

It appears that the estimate was based on the attached. Who is Doug McCabe??

If you have any questions, please let me know.

Thank you,

Diane Carmain

License Number 0A37542

Senior Account Executive

Cell: 310/489-7800

Armstrong Company, Insurance Consultants

License #0440075

2780 Skypark Drive, Suite 440

Torrance, CA 90505

dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Friday, September 2, 2022 7:03 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

Hi Diane,

The payment totals $466,788.02. I have attached the current Statement of Loss that shows the breakdown. Also attached is the original demo estimate which was submitted by Belfor and the rebuild estimate provided by JS Held. The rebuild estimate was agreed to by Belfor.

Best Regards,

**Daniel Hinz, AIC** | Regional General Adjuster
2500 Wilcrest Dr., Suite 203, Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
EMAIL | Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®

---

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Thursday, September 1, 2022 11:51 AM

**To:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hi Daniel,

How much is the payment for?

- The check should be made payable to: Fox Run Property Owners
- I've confirmed that there are no mortgagees or loss payees for this location.
- The check should be mailed to:
    - Vacation Resorts International
    - Attn: Stacey Shilling
    - 25510 Commercentre Dr, Ste #100
    - Lake Forest, CA 92630

If you have any questions, please let me know.

Thank you,

Diane Carmain

License Number 0A37542

Senior Account Executive

Cell: 310/489-7800

Armstrong Company, Insurance Consultants

2780 Skypark Drive, Suite 440

Torrance, CA 90505

dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile.  No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Wednesday, August 31, 2022 11:36 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

Diane,

Can you please provide payment instructions and if there are any lienholders.

Best Regards,


**Daniel Hinz, AIC** | Regional General Adjuster
2500 Wilcrest Dr., Suite 203, Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
EMAIL | Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®


sedgw

---

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Monday, July 25, 2022 2:43 PM
**To:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** Re: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

I haven't received any. I haven't seen a Proof of Loss either.

Thank you,

Diane Carmain

310/489-7800

On Jul 25, 2022, at 12:39 PM, Hinz, Daniel <Daniel.Hinz@sedgwick.com> wrote:

Hi Diane,

Can you confirm what payments you have received?

Best Regards,

Daniel Hinz, AIC | Regional General Adjuster

2500 Wilcrest Dr., Suite 203, Houston, TX

CELL 281.344.7113 | EMAIL Daniel.Hinz@Sedgwick.com

---

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Friday, February 25, 2022 11:50:24 AM
**To:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Thank you, Daniel.

d

---

**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Friday, February 25, 2022 9:43 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Subject:** RE: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

[EXTERNAL] Exercise caution for attachments and links.

Demo estimate attached.

Best Regards,

**Daniel Hinz, AIC** | General Adjuster
2500 Wilcrest Dr., STE 203, Houston, TX 77042
CELL 281.344.7113 | FAX 713.781.1369
EMAIL | Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®

---

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Tuesday, January 25, 2022 11:54 AM
**To:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Cc:** Barker, Jeannie <Jeannette.Barker@sedgwick.com>
**Subject:** FW: 118900641, Fox Run VRI / Claim #KY21K2942390 / dol: 11-7-21

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hi Daniel,

Below and attached is an update from Fox Run.

If you have any questions, please let me know.

Thank you,

Diane Carmain

License Number 0A37542

Senior Account Executive

Cell: 310/489-7800

Armstrong Company, Insurance Consultants

2780 Skypark Drive, Suite 440

Torrance, CA 90505

dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** Charlie OConnor <charlie.oconnor@us.belfor.com>
**Sent:** Tuesday, January 25, 2022 9:46 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>; Steve White <steve.white@vriamericas.com>
**Subject:** Fwd: 118900641, Fox Run VRI

See update below

---------- Forwarded message ---------
From: **Joshua Aponte** <joshua.aponte@us.belfor.com>
Date: Tue, Jan 25, 2022 at 12:44 PM
Subject: Fwd: 118900641, Fox Run VRI
To: Charlie OConnor <charlie.oconnor@us.belfor.com>

Thanks,


**Joshua Aponte**

**General Manager**

**BELFOR PropertyRestoration**

4800 Sirus Ln F,

Charlotte, NC 28208

Ph: 919-605-3141



**website l facebook l twitter l youtube l instagram l google+**

*Please consider the environment before printing this e-mail*


---------- Forwarded message ---------
From: **Evans Lalas** <evans.lalas@us.belfor.com>
Date: Tue, Jan 25, 2022 at 12:30 PM
Subject: 118900641, Fox Run VRI
To: <charlotteoffice@us.belfor.com>, <Gregory.Taylor@us.belfor.com>, <bcsdocuments@us.belfor.com>

Demo permit picked up and posted. Need to request demolition inspection.

Building removed. Old sidewalk and driveway remain.

Electrical meter yet to be set after building standards release today.

--

**Charlie O'Connor**

**General Manager**

**BELFOR** Property Restoration

**5433 West Crenshaw Street, Tampa, FL 33634**

**Ph.: 813.386.3473, Cell 813.376.5305**

Please consider the environment before printing this e-mail

website l Facebook l twitter l YouTube l Instagram l google+

IMPORTANT: This transmission is sent on behalf of BELFOR USA Group, Inc. and it may be privileged, proprietary or confidential. It is intended only for the intended recipient. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you may not disclose, copy or distribute this transmission, or take any action in reliance on it. If you received this transmission in error, please notify us immediately by telephone at 813-386-3473 or by email at charlie.oconnor@us.belfor.com or by facsimile transmission at 813-386-3469, and please dispose of and delete this transmission. Thank you.

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

--

**Charlie O'Connor**

**General Manager**

**BELFOR** Property Restoration

**5433 West Crenshaw Street, Tampa, FL 33634**

**Ph.: 813.386.3473, Cell 813.376.5305**

Please consider the environment before printing this e-mail

website l Facebook l twitter l YouTube l Instagram l google+

IMPORTANT: This transmission is sent on behalf of BELFOR USA Group, Inc. and it may be privileged, proprietary or confidential. It is intended only for the intended recipient. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you may not disclose, copy or distribute this transmission, or take any action in reliance on it. If you received this transmission in error, please notify us immediately by telephone at 813-386-3473 or by email at charlie.oconnor@us.belfor.com or by facsimile transmission at 813-386-3469, and please dispose of and delete this transmission. Thank you.

--

**Charlie O'Connor**

**General Manager**

**BELFOR** Property Restoration

**5433 West Crenshaw Street, Tampa, FL 33634**

**Ph.: 813.386.3473, Cell 813.376.5305**

Please consider the environment before printing this e-mail

website l Facebook l twitter l YouTube l Instagram l google+

IMPORTANT: This transmission is sent on behalf of BELFOR USA Group, Inc. and it may be privileged, proprietary or confidential. It is intended only for the intended recipient. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you may not

disclose, copy or distribute this transmission, or take any action in reliance on it. If you received this transmission in error, please notify us immediately by telephone at 813-386-3473 or by email at charlie.oconnor@us.belfor.com or by facsimile transmission at 813-386-3469, and please dispose of and delete this transmission. Thank you.