**Beaujeaux de Lapouyade**

|  |  |
|---|---|
| **From:** | Diane C. Carmain <dcarmain@armstronginsco.com> |
| **Sent:** | Wednesday, September 13, 2023 4:42 PM |
| **To:** | John Pearson; Hinz, Daniel |
| **Subject:** | RE: Spreadsheet |

Good afternoon,

Steve says the basements are backwards. There was a full basement in the original building and he wanted a half basement in the new building.

If you have any questions, please let me know.

Thank you,

Diane Carmain
License Number 0A37542
Senior Account Executive
Cell: 310/489-7800
Armstrong Company, Insurance Consultants
License #0440075
2780 Skypark Drive, Suite 440
Torrance, CA 90505
dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.

---

**From:** John Pearson <jpearson@jsheld.com>
**Sent:** Wednesday, September 13, 2023 11:00 AM
**To:** Diane C. Carmain <dcarmain@armstronginsco.com>; Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** RE: Spreadsheet

Diane,
Please see the table below.

| | | Building At the Time of the Loss | | | Belfor Estimate | |
|---|---|---|---|---|---|---|
| Line # | Floor | Location | Area | Oririginal Size | Belfor Size | Belfor Price |
| 1 | Basement | Interior | Basement | 616.13 | 1,269.65 | $ 33 |
| 2 | 1st Floor | Interior | Framed Addition | 420.00 | - | $ |
| 3 | 1st Floor | Interior | Original Area | 1,222.00 | 2,892.65 | $ 33 |
| 4 | 2nd Floor | Interior | Upper Area | 676.00 | | |
| **5** | | **Subtotal** | | **2,934.13** | **4,162.30** | **$ 1,380,545** |
| 6 | 1st Floor | Exterior | Rear Patio | 200.00 | 222.43 | |
| 7 | 1st Floor | Exterior | Front Porch | 336.00 | 295.61 | |
| **8** | | **Subtotal** | | **536.00** | **518.04** | **Included Abo** |
| **9** | | **Total** | | **3,470.13** | **4,680.34** | |

Thanks,

**John J Pearson** | Vice President
J.S. Held LLC
610 E Baltimore Pike, Media, PA 19063
Office 7326885291 **|** Mobile 7326885291

email **|** jsheld.com

JS | HELD

This email message is intended only for the recipient to whom it is addressed and may contain information that is privileged or confidential. Nothing contained in this email (1) constitutes an offer or a solicitation to buy or sell any security or other financial instrument or (2) provides tax, legal, insurance or investment advice. If you are not the intended recipient of this email, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and permanently delete all copies that you may have. J.S. Held, its affiliates and subsidiaries are not certified public accounting firm(s) and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. Securities offered through Ocean Tomo Investment Group, LLC, a part of J.S. Held, member FINRA/ SIPC. All rights reserved.

**From:** Diane C. Carmain <dcarmain@armstronginsco.com>
**Sent:** Wednesday, September 13, 2023 1:43 PM
**To:** John Pearson <jpearson@jsheld.com>; Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Subject:** Spreadsheet

CAUTION EXTERNAL

Can you send a copy of the spreadsheet? Steve couldn't see it and would like to.

If you have any questions, please let me know.

Thank you,

Diane Carmain
License Number 0A37542
Senior Account Executive
Cell: 310/489-7800
Armstrong Company, Insurance Consultants

License #0440075
2780 Skypark Drive, Suite 440
Torrance, CA 90505
dcarmain@armstronginsco.com

Insurance coverage cannot be bound, amended or cancelled via e-mail, voice mail or facsimile. No binder, insurance policy, change, addition, and/or deletion to insurance coverage goes into effect unless and until confirmed directly with a licensed representative of The Armstrong Company Insurance Consultants.