**Beaujeaux de Lapouyade**

---

| | |
|---|---|
| **From:** | Evans Lalas <evans.lalas@us.belfor.com> |
| **Sent:** | Thursday, September 14, 2023 3:26 PM |
| **To:** | Hinz, Daniel; Steve White |
| **Cc:** | JPEARSON@jsheld.com; Diane C. Carmain; Charlie OConnor; Joey Chestnut; Josh Aponte |
| **Subject:** | Fox Run / Sedgwick File #HOU21558060 |
| **Attachments:** | DRAFT SKETCH -092423.pdf |

[EXTERNAL] Exercise caution for attachments and links.

Steve,

I have created and attached a draft sketch for the original building based upon the GIS property summary for the tax year 2021 and using photos taken just days after the loss.

This sketch matches the SF in the GIS summary. I can also see the basement and crawl spaces for the original building and the open framed porch from the photos which have been included on the sketch.

Could you help with the following:
1. It is my understanding that there were three bathrooms - 1 full bath and 2 water closets. Would you please draw the approximate locations of them onto the sketch?
2. Where were the stairs to the upper level area located?
3. I could see from the photos that there was a stud wall and the range was against that stud wall where I drew the kitchen. I could not tell the width so I made it a typical 8' wide kitchen. Please correct it different.
4. Please add doors or missing walls that would allow access to the different areas of the building including the upper level. Please add walls that may form rooms/offices/closets etc. beyond the baths and then it would be helpful if those rooms are labeled.
5. It is my understanding that there was no stairway access from the basement to the main level. If different please provide location.
6. Where should the reception area - desk be located?
7. I have in my notes that the basement is an unfinished block - please correct if it is different.
8. From the photos I can see three outside condensing units - I would assume there would be corresponding air handlers somewhere in the building - please provide locations if possible.
9. I sketched the main level with a 10' ceiling and the second level with a 8' ceiling. From the photos I can see the original roof line on the chimney and measure it to a 12/12 pitch. These ceiling heights place the roof right in line on the original building with the chimney being 30' to allow the minimum clearance from the roof line. (FYI - the new design had an approximate 28' peaked ceiling vs. the 19' in the building at the time of loss).
10. My notes have the upper level carpet, the original building space (1166 SF) being vinyl plank - the additions tile; windows were wood, French Door to open porch. Siding was T-1-11. If there are any other items (cabinet LF, vanity, type of countertops etc. that you think are pertinent please include. All information is helpful to recreate this space without a scope.

Please reply and I will complete an estimate for review ASAP.

Thank you,

Evans

--


Evans Lalas

**BELFOR Property Restoration**

4800-F Sirus Lane, Charlotte, NC 28208
Ph: 704-423-0444; Cell: 704-607-1361


**website I facebook I twitter I youtube I instagram I google+**

*Please consider the environment before printing this e-mail*


IMPORTANT: This transmission is sent on behalf of BELFOR USA Group, Inc. and it may be privileged, proprietary or confidential. It is intended only for the intended recipient. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you may not disclose, copy or distribute this transmission, or take any action in reliance on it. If you received this transmission in error, please notify us immediately by telephone at 704-249-6856 or by email at teresa.mitchell@us.belfor.com or by facsimile transmission at 704-423-1244 and please dispose of and delete this transmission. Thank you.



44'
42' 8"
Crawlspace
10' 9"
11' 6"
43' 7"
26' 6"
Basement
14' 2"
Driveway
14'
26' 6"
11' 9"
Crawlspace 0PEN PORCH
10' 9"
11' 5"
N


Basement


4' 4"
COVERED WALKWAY
25' 10"
21' 6"
10' 6"
21'
10'
ADDITION
Entry/Patio
20' 4"
3' 8"
12'
16'
8'
22' 4"
12' 8"
AREA 3
Kitchen
AREA 1
12'
26' 8"
4'
2' 10"
39' 10"
Chimney
AREA 2
3' 2"
13' 8"
7' 4"
43'
OPEN FRAMED PORCH
11' 2"
43' 4"
N

MAIN LEVEL


Roof2
30'
34' 8"
18' 9"
17' 4"
F7(B)
F6(A)
Roof4
20' 3"
3' 6"
11' 7"
20' 1"
39' 8"
39'
F1(A)
UPSTAIRS AREA
Roof
4' 11"
F2(B)
44' 11"
Roof3
F5
20' 6"
14' 6"
18' 10"
13' 4"
18' 7"
13' 2"
13' 5"
13' 4"
N
Level 2















