**From:** Hinz, Daniel <Daniel.Hinz@sedgwick.com>
**Sent:** Tuesday, June 4, 2024 7:40 AM
**To:** Diane C. Carmain
**Subject:** KY21K2942390 | 10113 - WESTCHESTER SURPLUS LINES INSURANCE COMPANY
**Attachments:** Armstrong - Letter dated 05.31.24.pdf

[EXTERNAL] Exercise caution for attachments and links.
Insured Name: ARMSTRONG TIMESHARE ASSOCIATION
Policy Number: D37406107
Claim Number: KY21K2942390
Date of Loss: 11/7/2021
Loss Location: 180 HERMAN WILSON RD, LAKE LURE, NC
Issuing Company: 10113 - WESTCHESTER SURPLUS LINES INSURANCE COMPANY

Diane,

David Royal at Chubb has requested that I send you the attached letter. Please make sure that the public adjuster has a copy as well.

**Daniel Hinz, AIC, AINS** | National General Adjuster
2500 Wilcrest Dr., Suite 203, Houston, TX 77042
CELL 281.344.7113 | EMAIL Daniel.Hinz@Sedgwick.com
www.sedgwick.com | Caring counts®

A . Morrow, Qualified Manager, CA License #2M23217
Sedgwick Claims Management Services, Inc., CA License #2549023

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.