CHUBB

Eastern Claim Service Center
600 Independence Parkway
Chesapeake, VA 23327-4700
O (800) 252-4670
F (800) 664-5358

David Royal
Phone: (617)717-5062
David.Royal@Chubb.com

May 31, 2024

Sent Via Electronic Mail: Steve.white@vriamericas.com

Fox Run Property Owners Association
Steve White - VP of Resort Operations
180 Herman Wilson Road
Lake Lure, NC 28746

| | | |
|---|---|---|
| RE: | Insured: | Armstrong Timeshare Association |
| | Claim Number: | KY21K2942390 |
| | Policy Number: | D37406107 007 |
| | Date of Loss: | 11/07/2021 |
| | Date Report: | 11/08/2021 |
| | Policy Effective Dates: | April 1,2021 to May 1, 2022 |
| | Loss Location: | 180 Herman Wilson Road, Lake Lure, NC 28746 |
| | Description of Loss: | Fire |
| | Issuing Company: | 10113 – Westchester Surplus Lines Insurance Co |

Dear Mr. White,

I am writing to you on behalf of Westchester Surplus Lines Insurance Company ("Westchester") regarding the claim that Armstrong Timeshare Association ("Armstrong") has submitted pursuant to the above-identified policy of insurance ("Policy") (collectively, the "Claim"). Westchester has previously disputed the amount of the loss and covered damages Armstrong is entitled to recover under the Policy relative to the November 7, 2021 loss event ("Loss Event") which occurred at the property located at 180 Herman Wilson Road in Lake Lure, North Carolina (the "Property").

**The Loss**

On November 8, 2021, we received notice of your loss. Daniel Hinz, Regional General Adjuster, of Sedgwick, was engaged to arrange inspection of your property. Mr. Hinz retained JS Held, as a building consultant, on our behalf. JS Held and BELFOR came to a verbal agreement in March 2021 for rebuild and demolition costs calculated at $562,788.02. After application of recoverable depreciation of $91,000.00 and the $5,000 Deductible. A payment for $466,788.02 was issued on September 7, 2022.

On August 3, 2023 we received a revised estimate for $1,380,545.2. The new estimate replacement for a new building that included upgrade and costs related to Ordinance Or Law Coverage or commonly known as code compliance.

Westchester understands that Armstrong seeks indemnification to reconstruct the structure, which was originally constructed as a residential, single-family dwelling, but operated as Armstrong's main office, and which was damaged by fire on or about November 7, 2021. Specifically, Armstrong seeks the costs of construction pursuant to the Increased Cost Of Construction provisions in the Policy's Ordinance Or Law Coverage endorsement. Based on the information known to date, Westchester respectfully rejects Armstrong's Ordinance Or Law Coverage because the 2 year limitation to complete the repairs have expired.

**<u>The Policy</u>**

Westchester Surplus Lines Insurance Company ("Chubb") issued Policy No. D37406107 007 to Armstrong Timeshare Association, with the effective dates of coverage April 1,2021 to May 1, 2022 Coverage is subject to the term and conditions of the policy. Coverage is written on **CP 00 10 (10/12)-Building And Personal Property Coverage Form**. The policy provides coverage for your Building, with a limit of insurance in the amount of $10,000,000 and is subject to a $5,000.00 All Other Peril deductible. Coverage is subject to the term and conditions of the policy.

Specifically, your policy contains the following provisions:

The CP 00 10 (10/12)-Building And Personal Property Coverage Form states the following:

**A. Coverage**
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**
Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

***

**4. Additional Coverages**

***

**e. Increased Cost Of Construction**
**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

***

**(7)** With respect to this Additional Coverage:
**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and
**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

We also refer you to the **ACE0774 (10/18)-Ordinance Or Law Coverage** which modifies the language above:

**A.** Each Coverage – Coverage **A,** Coverage **B** and Coverage **C** – is provided under this endorsement only if the limit is stated for that Coverage(s) in the Declarations or in the Sub-limit Provision Endorsement attached to this Policy. If ISO form **CP 00 10 (BUILDING AND PERSONAL PROPERTY COVERAGE FORM)** or ISO form **CP 00 17 (CONDOMINIUM ASSOCIATION COVERAGE FORM)** is attached to this Policy, then the Increased Cost Of Construction Additional Coverage contained in form **CP 00 10** or **CP 00 17** is deleted in its entirety.

***

**E. Loss Payment**

1. All following loss payment provisions, **E.2.** through **E.5.,** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.
2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:
   **a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:
   **(1)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or
   **(2)** The Limit Of Insurance shown in the Declarations as applicable to the covered building.
   **b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:
   **(1)** The actual cash value of the building at the time of loss; or
   **(2)** The Limit Of Insurance shown in the Declarations as applicable to the covered building.
3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit Of Insurance shown for Coverage **B** in the Declarations or Sub-Limit Provision Endorsement.

**4.** Unless Paragraph **E.5.** applies, loss payment under Coverage **C** – Increased Cost Of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage **C:**

**(1)** Until the property is actually repaired or replaced, at the same or another premises; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

**(1)** The increased cost of construction at the same premises; or

**(2)** The applicable Limit Of Insurance shown for Coverage **C** in the Declarations or Sub-Limit Provision Endorsement.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

**(1)** The increased cost of construction at the new premises; or

**(2)** The applicable Limit Of Insurance shown for Coverage **C** in the Declarations or Sub-Limit Provision Endorsement.

**5.** If a Combined Limit Of Insurance is shown for Coverages **B** and **C** in the Declarations or Sub-Limit Provision Endorsement, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit Of Insurance shown for Coverages **B** and **C** in the Declarations or Sub-Limit Provision Endorsement. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

**(1)** We will not pay for the increased cost of construction:

**(a)** Until the property is actually repaired or replaced, at the same or another premises; and

**(b)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not
to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**Summary of Coverage Position**

Westchester understands that Armstrong seeks indemnification to reconstruct the structure, which was originally constructed as a residential, single-family dwelling, but operated as Armstrong's main office, and which was damaged by fire on or about November 7, 2021. Specifically, Armstrong seeks the costs of construction pursuant to pursuant to the Increased Cost Of Construction provisions in the Policy's Ordinance Or Law Coverage endorsement. Based on the information known to date, Westchester respectfully rejects Armstrong's request for further indemnification under the Policy.

The Policy's Ordinance Or Law Coverage endorsement affords coverage for the Increased Cost Of Construction "when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law. The Property must be repaired or replaced "as soon as reasonably possible after the loss or damage, not to exceed two years.

While demolition and debris removal have commenced within two years of the Loss Event, the repair or replacement of the Property has not. Armstrong contends that delays in completing the land survey has slowed the process of obtaining the necessary building permits required to begin construction. Therefore, for this reason, the Increased Cost Of Construction Coverage is inapplicable to the Claim.

Additionally, at this time, it remains unclear whether Armstrong has any additional information to submit for Westchester's consideration relative to the Claim. Accordingly, Westchester requests that Armstrong provide a written response within the next thirty (30) days from receipt of this letter that states whether Armstrong intends to present any further information. For example, Westchester understands that Sedgwick, who has assisted with the adjustment of this Claim on behalf of Westchester, has requested that Armstrong provide a list of damaged Business Personal Property. To the extent Armstrong seeks indemnification for Business Personal Property losses under the Policy, Westchester requests that Armstrong submit the complete list of its damages within thirty days from receipt of this letter.

Westchester expressly reserves all rights and defenses that it has under the Policy and applicable law, including but not limited to the right to consider additional information, as it is provided, and to limit or further decline coverage based upon other Policy provisions. The absence of any reference in this correspondence to any other terms, conditions, definitions, or exclusions does not preclude Westchester from asserting them in the future.

We thank you for your attention to the foregoing, and if you have any questions or concerns about any of the above, please do not hesitate to contact me.

We wanted to bring these policy terms to your attention so that you are aware of the time frame to complete the repairs and submit a claim for Ordinance or Law Coverage.

Respectfully,

David Royal
Sr. Claim Director
Phone: (617) 717-5062
Email: David.Royal@Chubb.com

CC: Daniel Hinz, Sedgwick, Via Email: Daniel.Hinz@Sedgwick.com
Diane Carmain, Armstrong Company, Via Email: dcarmain@armstronginsco.com
Raymond Penge, Altieri, Via Email : RPenge@altieriadjusters.com