CHUBB

Eastern Claim Service Center
600 Independence Parkway
Chesapeake, VA 23327-4700
O (800) 252-4670
F (800) 664-5358

David Royal
Phone: (617)717-5062
David.Royal@Chubb.com

July 26, 2024

Sent Via Electronic Mail: Steve.white@vriamericas.com

Fox Run Property Owners Association
Steve White - VP of Resort Operations
180 Herman Wilson Road
Lake Lure, NC 28746

| | | |
|---|---|---|
| RE: | Insured: | Armstrong Timeshare Association |
| | Claim Number: | KY21K2942390 |
| | Policy Number: | D37406107 007 |
| | Date of Loss: | 11/07/2021 |
| | Date Report: | 11/08/2021 |
| | Policy Effective Dates: | April 1,2021 to May 1, 2022 |
| | Loss Location: | 180 Herman Wilson Road, Lake Lure, NC 28746 |
| | Description of Loss: | Fire |
| | Issuing Company: | 10113 – Westchester Surplus Lines Insurance Co |

Dear Mr. White:

Thank you for the contents inventory that Armstrong Timeshare Association ("Armstrong") has recently submitted pursuant to the above-identified policy of insurance ("Policy") (collectively, the "Claim"). Westchester Surplus Lines Insurance Company ("Westchester") understands that Armstrong submitted the contents inventory in support of its Business Personal Property Claim Component relative to the November 7, 2021 loss event ("Loss Event") which occurred at the property located at 180 Herman Wilson Road in Lake Lure, North Carolina (the "Property").

Westchester's investigation is ongoing. At present, Westchester requires additional information to assess the coverage, if any, Armstrong may have relative to the Business Personal Property Claim Component. A list of documents and information Westchester is requesting is listed below. Westchester's receipt of these is material to its investigation. If there are any additional documents Armstrong wishes to provide, please do so. **Kindly provide the following documents by Friday, August 9, 2024:**

1. All documents or information memorializing amounts actually spent by you to date to repair or replace the damaged Business Personal Property following the Loss Event;

2. All documents or information memorializing amounts estimated, but not yet actually incurred by you to date, to repair or replace the damaged Business Personal Property following the Loss Event;

3. All photographs, videotapes, and other visual depictions of the physical condition of

the Business Personal Property damaged as a result of the Loss Event within your custody or control, whether generated before, during or after the Loss Event;

4. The documents, receipts, invoices, photos, reports or other items you have gathered to date which support all amounts being requested by you as part of the Business Personal Property Claim Component;

5. Any other documents, photos, materials or information you believe would assist Westchester in evaluating your claim for insurance proceeds.

The failure to provide the requested information may preclude coverage for Business Personal Property Claim Component. As a reminder, Westchester's continued investigation and the above document and information requests are made pursuant to the Policy's Duties In The Event Of Loss Or Damage. *See Policy, Form CP 00 10 10 12, pp. 10-11 of 16.*

Ultimately, Westchester wishes to receive all of the material information it has requested so it can make a final decision on your Claim. Please understand that Westchester is not denying or accepting coverage for the Business Personal Property Claim Component at this time. Rather, Westchester's investigation remains ongoing. As Westchester continues its investigation, Armstrong is invited to provide any and all other information related to the Business Personal Property Claim Component, which has not yet been provided and which Armstrong wishes Westchester to consider.

In the interim, Westchester expressly reserves all rights and defenses that it has under the Policy and applicable law, including but not limited to the right to consider additional information, as it is provided, and to limit or decline coverage based upon other Policy provisions. The absence of any reference in this correspondence to any other terms, conditions, definitions, or exclusions does not preclude Westchester from asserting them in the future.

Thank you for your anticipated cooperation.

Respectfully,

David Royal
Sr. Claim Director
Phone: (617) 717-5062
Email: David.Royal@Chubb.com

CC: Daniel Hinz, Sedgwick, Via Email: Daniel.Hinz@Sedgwick.com
Diane Carmain, Armstrong Company, Via Email: dcarmain@armstronginsco.com
Raymond Penge, Altieri, Via Email: RPenge@altieriadjusters.com
Matthew E, Higgins, Altieri, Via Email: matt@altieriadjusters.com